BEFORE THE THIRD DIVISION, FEBRUARY 15, 1960

No. 63811.—W. A. Taylor & Co. *v.* United States, protest 182403–K (Baltimore).

Opinion by JOHNSON, J. In accordance with stipulation of. counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiff was sustained.